**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 10-31038-LMC** |
| **JOHN VERLEN TREADWAY** | § | **Chapter 13** |
| | § | **Confirmation Hearing Date and Time:** |
| | § | **August 11, 2010, at 9:00 a.m.** |
| *Debtor(s).* | § | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

To the Honorable Leif M. Clark, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee (hereinafter "Trustee"), objects to Confirmation of the debtor's proposed Chapter 13 Plan and alleges as follows:

I.

Trustee objects to confirmation insofar as the debtor's plan extends to sixty-eight (68) months in violation of 11 U.S.C. § 1322(d).

**Relief Sought**

Trustee prays for an Order Denying Confirmation of the proposed Chapter 13 Plan without prejudice to amend within twenty (20) days of hearing, or in the alternative, that the instant case be dismissed, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which he may be justly entitled.

Respectfully submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
1760 N. Lee Trevino Drive
El Paso, TX 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

/s/Lucille Zavala
Senior Staff Attorney for Stuart C. Cox
SBN: 22251370

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN* was served upon the parties listed below by United States Mail, first class, postage prepaid on July 30, 2010.

U.S. Trustee's Office
P.O. Box 1539
San Antonio, TX 78295-1539

John Verlen Treadway
4737 Harmony Dr
El Paso, TX 79924

W. Matt Watson
Omar Maynez
Watson & Maynez, P.C.
1123 E. Rio Grande Avenue
El Paso, TX 79902

Linebarger Goggan Blair & Sampson, LLP
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205

                                                 /s/Stuart C. Cox

                                                 /s/Lucille Zavala